1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    TOBIAS GUITERREZ,                          Case No.  2:22-cv-01435-JDP (PC)

12              Plaintiff,                        ORDER DIRECTING PLAINTIFF TO
                                                  SUBMIT A COMPLETE IN FORMA
13        v.                                      PAUPERIS APPLICATION AND INMATE
                                                  TRUST ACCOUNT STATEMENT
14    SAN JOAQUIN COUNTY JAIL,

15              Defendant.

16

17          Plaintiff, a county inmate proceeding without counsel, has filed a civil rights action

18    pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed *in forma pauperis*

19    pursuant to 28 U.S.C. § 1915.  However, the certificate portion of the request, which must be

20    completed by plaintiff's institution of incarceration, has not been completed.  Also, plaintiff has

21    not filed a certified copy of his inmate trust account statement for the six-month period

22    immediately preceding the filing of the complaint.  *See* 28 U.S.C. § 1915(a)(2).  Plaintiff will be

23    provided the opportunity to submit a completed *in forma pauperis* application and a certified

24    copy in support of his application.

25          In accordance with the above, it is hereby ORDERED that:

26          1.  Plaintiff's motion to proceed *in forma pauperis*, ECF No. 2, is denied without

27    prejudice.

28          2.  The Clerk of the Court is directed to send plaintiff a new Application to Proceed In

                                              1

Forma Pauperis By a Prisoner.

3.  Plaintiff shall submit, within thirty days from the date of this order, a completed affidavit in support of his request to proceed *in forma pauperis* on the form provided by the Clerk of Court.

4.  Plaintiff shall submit, within thirty days from the date of this order, a certified copy of his inmate trust account statement for the six-month period immediately preceding the filing of the complaint.  Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

IT IS SO ORDERED.

Dated:   __August 22, 2022__                        _____
                                                                                     JEREMY D. PETERSON
                                                                                     UNITED STATES MAGISTRATE JUDGE