UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOBIAS GUTIERREZ ORNELAS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SAN JOAQUIN COUNTY JAIL,<br><br>　　　　　Defendant. | Case No. 2:22-cv-01435-JDP (PC)<br><br>FINDINGS AND RECOMMENDATIONS THAT THIS ACTION BE DISMISSED FOR FAILURE TO PAY THE FILING FEE AND FAILURE TO COMPLY WITH COURT ORDERS<br><br>OBJECTIONS DUE WITHIN FOURTEEN DAYS |

　　　　On October 4, 2022, I ordered plaintiff to submit, within thirty days, either the $402 filing fee or an application to proceed *in forma pauperis*. ECF No. 6. Plaintiff failed to respond to that order. Accordingly, on November 23, 2022, I ordered plaintiff to show cause within twenty-one days why this case should not be dismissed for failure to prosecute and failure to comply with court orders. ECF No. 7. I also warned him that failure to respond to the order would result in a recommendation that this action be dismissed without prejudice. *Id*. To date, plaintiff has not submitted the required filing fee nor otherwise responded to the November 23, 2022 order.[1]

　　　　Accordingly, it is hereby ORDERED that the Clerk of Court shall randomly assign a

---

[1] Although it appears from the file that plaintiff's copy of the October 4 and November 23 orders were returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

1

United States District Judge to this case.

Further, it is RECOMMENDED that this action be dismissed without prejudice for failure to pay the required filing fee and failure to comply with court orders.

I submit these findings and recommendations to the district judge under 28 U.S.C. § 636(b)(1)(B) and Rule 304 of the Local Rules of Practice for the United States District Court, Eastern District of California.  The parties may, within 14 days of the service of the findings and recommendations, file written objections to the findings and recommendations with the court.  Such objections should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  The district judge will review the findings and recommendations under 28 U.S.C. § 636(b)(1)(C).

IT IS SO ORDERED.

Dated:     December 22, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE